1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR AND SEYED RAZAVI, Individually and on Behalf of All Others Similarly Situated, <br><br>              Plaintiffs, <br><br> v. <br><br> DIRECTV, INC. AND DIRECTV HOLDINGS LLC, <br><br>              Defendants. | Civil No. 10cv2158 L(RBB) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE [doc. #12]** |

   Good cause appearing, the parties' joint motion for dismissal of this action without prejudice is **GRANTED**.  The Clerk of the Court is directed to close this case.

   **IT IS SO ORDERED.**

DATED: February 7, 2011

_M. James Lorenz_
M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

10cv2158

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28